FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAR 13 PM 3:41

CLERK _L. Febuder_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

DONNIE LEE BOONE, JR.,            )
                                  )
        Petitioner,               )
                                  )
    v.                            )    CV 105-104
                                  )
ANTHONY WASHINGTON, Warden, and   )
THURBERT BAKER, Attorney General, )
                                  )
        Respondents.              )

---

# ORDER

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Respondents' motions to dismiss, Docs. 4, 6, are **GRANTED**, this petition is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 13th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE